UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GENE CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1454 HEA |
| | ) |
| SHERRY BUHLER, (SA), | ) |
| RACHEL WORWRICK, (SA), | ) |
| LARRY MAJORS, (SA), | ) |
| STEVE HOLLINGER, (SA), | ) |
| ALAN BLAKE, C.O.O., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Compel Plaintiff's Rule 26 Disclosures [#52], wherein Defendants allege that despite their good faith effort to resolve the matter, they have not received Plaintiff's Rule 26 disclosures. Plaintiff's initial disclosures were due no later than December 21, 2005 as prescribed by this Court's Case Management Order (CMO). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Plaintiff's Rule 26 Disclosures [#52] is granted; Plaintiff shall provide Defendants with said

disclosures within ten (10) days of the date of this Order or this matter will be dismissed without prejudice.

Dated this 11th day of July, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE